B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

IN RE: J Bar C Enterprises, Inc.　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　Chapter　11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Wells Fargo<br>PO Box 54349<br>LosAngeles, CA 90054 | | credit line | | $70,562.06 |
| Euler Hermes (GE Capital)<br>600 South 7th Street<br>Louisville, KY 40201-1672 | | collection agency for GE Capital | | $53,352.77 |
| Bank of America<br>PO Box 851001<br>Dallas, TX 75285 | | credit line | | $48,549.35 |
| JP Morgan Chase Bank<br>PO Box 29550 AZ1-1004<br>Phoenix, AZ 85038 | | credit line | | $45,242.27 |
| CITI<br>PO Box 183051<br>Columbus, OH 43218 | | credit card | | $27,359.86 |
| Barclay<br>PO Box 13337<br>Philadelphia, PA 19101 | | credit card | | $19,924.96 |

| B4 (Official Form 4) (12/07) | | | | |
|---|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

IN RE: J Bar C Enterprises, Inc.   Case No.

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Capitol One<br>PO Box 85617<br>Richmond, VA 23285-5617 | | credit card | | $14,392.80 |
| Fidelity Investments 401K<br>PO Box 770002<br>Cincinnati, OH 45277 | | 401 deductions and earnings | | $9,464.65 |
| AT&T<br>PO Box 182564<br>Columbus, OH 43218-2564 | | credit card | | $9,176.18 |
| Broyhill<br>PO Box 536753<br>Atlanta, GA 30353 | | goods | | $7,857.42 |
| CITI<br>PO Box 183051<br>Columbus, OH 43218 | | credit card | | $6,409.34 |
| Advanta<br>PO Box 9217<br>Old Bethpage, NY 11804 | | credit card | | $5,373.60 |
| Capitol One<br>PO Box 85617<br>Richmond, VA 23285-5617 | | credit card | | $5,244.53 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

IN RE: J Bar C Enterprises, Inc.  Case No.

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Serta (RDK Collections) 318 John R Road Troy, MI 48083-4542 | | collection agency for Serta | | $4,999.00 |
| Pitney Bowes 2225 American Drive Neenah, WI 54956 | | lease broken | | $4,200.00 |
| Vaughan Bassett PO Box 890448 Charlotte, NC 28289 | | goods | | $4,030.79 |
| CST Inc PO Box 224788 Dallas, TX 75222 | | goods | | $2,010.00 |
| Cit 134 Wooding Avenue Danville, VA 24541 | | goods | | $1,150.75 |
| Sleep Designs 5808 Berry Brook Drive PO Box 12609 Houston, TX 77217 | | goods | | $1,131.28 |
| Yellow Pages PO Box 3162 Cedar Rapids, IA 52406 | | services | | $750.00 |

B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

IN RE:  J Bar C Enterprises, Inc.  Case No.

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 8-24-11

Signature: _____
**Cecil B. Robinson**
**President**